COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

_Luis Angel Navarro, 1163776_
Plaintiff's name and ID Number

_Lopez State Jail_
Place of Confinement

CASE NO: _B-03-127_
(Clerk will assign the number)

v.

_Cameron County Legal System_
Defendant's name and address  _974 East Harrison_
_Brownsville, Texas 78520_

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?     ___ YES   _✓_ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s) _____

      Defendant(s) _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
   _____

   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _LOPEZ STATE JAIL_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? _N/A_ YES __ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
  A. Name of address of plaintiff: _LUIS ANGEL NAVARRO, LOPEZ STATE JAIL, 1203 EL CIBOLO ROAD EDINBURG, TEXAS 78541-9300_

  B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

  Defendant #1: _JUDGE LEONEL ALEYANDRO, 357th DISTRICT COURT CAMERON COUNTY COURTHOUSE 974 EAST HARRISON, BROWNSVILLE, TEXAS 78_
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  _ALLOWED ILLEGAL SENTENCE, ALLOWED PROCEEDINGS AFTER STATUTE OF LT_

  Defendant #2: _CAMERON COUNTY SHERIFF DEPARTMENT 7000 OLD ALICE ROAD, OLMITO, TEXAS 78575_
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  _VIOLATION OF HUMAN AND CIVIL RIGHTS_

  Defendant #3: _DISTRICT ATTORNEY'S OFFICE FOR CAMERON COUNTY 974 EAST HARRISON, BROWNSVILLE, TEXAS 78520_
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  _ALLOWED CHARGES TO BE FILED AFTER STATUTE OF LIMITATION EXPIRED_

  Defendant #4: _ATTORNEY BRUCE THARP, 974 EAST HARRISON, BROWNSVILLE, TEXAS 78520_
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  _PERJURY, VIOLATION OF HUMAN AND CIVIL RIGHTS_

  Defendant #5: _ATTORNEY RICK SALINAS 2011 SOUTH CONWAY STREET, MISSION, TEXAS 78572_
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  _VIOLATION OF HUMAN AND CIVIL RIGHTS_

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_ALL OF THE ABOVE NAMED DEFENDANTS, ALLOWED FOR MY CASE ALLOWED FOR CHARGES TO BE FILED AFTER_

A YEAR OF THE INITIAL OFFENSE.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DISMISS THE CASE, AND REQUIRE THE DEFENDANTS TO REIMBURSE ME $1,200,000

VII. **BACKGROUND INFORMATION:**
  A. State, in complete form, all names you have ever used or been known by including any and all aliases:
     NONE
  B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
     NONE

VII. **SANCTIONS:**

  A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
     __ YES ✓ NO

  B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
     1. Court that imposed sanctions (if federal, give district and division): _____
     2. Case Number: _____
     3. Approximate date sanctions were imposed: _____
     4. Have the sanctions been lifted or otherwise satisfied? __ YES __ NO

  C. Has any court ever warned or notified you that sanctions could be imposed? __ YES ✓ NO

  D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: __7-18-2003__
             DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __18th__ day of __July__, 20 __03__ .
          (Day)                (Month)       (Year)

_____
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          07/18/03
RL33/LG06609              IN-FORMA-PAUPERIS DATA                    14:30:25
TDCJ#: 01163770 SID#: 06926228 LOCATION: LOPEZ         INDIGENT DTE: 00/00/00
NAME: NAVARRO,LUIS ANGEL                   BEGINNING PERIOD: 01/01/03
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        13.96 TOT HOLD AMT:         0.00 3MTH TOT DEP:     284.15
6MTH DEP:          284.15 6MTH AVG BAL:        34.47 6MTH AVG DEP:      47.36
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/03     215.03          44.61         03/03       0.00           0.00
05/03     211.59         239.54         02/03       0.00           0.00
04/03       0.00           0.00         01/03       0.00           0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Hidalgo_
ON THIS THE 18th DAY OF _July 2003_, __, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



LUPE GONZALEZ
NOTARY PUBLIC
STATE OF TEXAS
Comm. Exp. 8-03-03