2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _SOUTHERN_ **DISTRICT OF TEXAS**
_BROWNSVILE_ **DIVISION**

United States District Court
Southern District of Texas
**FILED**

JUL 2 1 2003

**Michael N. Milby**
**Clerk of Court**

LUIS ANGEL NAVARRO #1163770
Plaintiff's name and ID Number

LOPEZ, STATE JAIL
Place of Confinement

CASE NO. **B-03-127**
(Clerk will assign the number)

v.

CAMERON CO. LEGAL SYSTEM
Defendant's name and address

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, _Luis Angel Navarro_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                  Yes☐ No☑
   c. Pensions, annuities or life insurance payments?        Yes☐ No☑
   d. Gifts or inheritances?                                 Yes☐ No☑
   e. Family or friends?                                     Yes☐ No☑
   f. Any other sources?                                     Yes☐ No☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☑          No☐
   If you answered **YES**, state the total value of the items owned.

   _$10.00 Dollars on Inmate Trust funds._

   _____

ATCIFP

3.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐                    No☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury.  I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _07_/_18_/_03_____, 19___.

_____    _1163770_
Signature of Plaintiff            ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.    YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE  FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

ATCIFP