IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS NAVARRO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-127 |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT, et.al., | § | |
| Respondents. | § | |

## ORDER FOR PAYMENT OF INMATE FILING FEE

Plaintiff, Luis Angel Navarro, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $120.00 and an initial partial filing fee of $10.00 pursuant to 28 U.S.C. § 1915(b)(1).

Upon payment of that initial partial filing fee, Navarro will be obligated to make monthly payments in the amount of 20% of the preceding month's income credited to his trust account. The Texas Department of Criminal Justice - Institutional Division (TDCJ-ID) is required to send to the Clerk the initial partial filing fee and thereafter to post payments from Navarro's trust account each time the amount exceeds $10.00 until the statutory filing fee is paid in full. 28 U.S.C. § 1915 (b)(2). The Clerk of this Court is directed to mail a copy of this order to:

(1) TDCJ - Access to Courts Administrator, P.O. Box 13084 Capitol Station, Austin, Texas 78711-3084.

(2) TDCJ - Institutional Division, P.O. Box 99, Huntsville, Texas 77342

(3) Luis Angel Navarro #01163770, Lopez State Jail, 1203 El Cibolo Road, Edinburg, Texas 78539.

DONE at Brownsville, Texas, this 12th day of August, 2003.

                                              _____
                                                       John Wm. Black
                                                  United States Magistrate Judge