IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS NAVARRO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-127 |
| | § | |
| CAMERON COUNTY, et al. | § | |
| Respondents. | § | |

## ORDER

Pending is the Magistrate Judge's August 12, 2003 Report and Recommendation in the above-referenced cause of action. <u>Docket No. 3</u>. No objections have been lodged by either side and the time for doing so has expired. Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and the Navarro's Complaint is hereby **DISMISSED**.

Signed this the 2nd day of September, 2003.

Andrew S. Hanen
United States District Judge